# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathy J. Hough aka Kathy Jean Hough <br> Debtor(s) | CHAPTER 7 <br><br> BKY. NO. 17-12785 REF |

# ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2 and index same on the master mailing list.

      Respectfully submitted,

      **/s/ Matteo S. Weiner, Esq.**
      Matteo S. Weiner, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322 FAX (215) 627-7734