**CVS CAREMARK**

Pennsylvania CVS Pharmacy, L.L
000000 STR 02115
Return to: CVS - 8886947287    036918-036918
PO Box 64059
The Woodlands, TX 77387-4059

# Earnings Statement

Page 001 of 001
Period Beginning:    03/26/2017
Period Ending:       04/08/2017
Advice Date:         04/14/2017
Advice Number:       03177874
Batch Number:        000000T15

Kathy Hough
1679 Pleasantview Rd
Bethlehem, PA  18015

Employee ID:
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:            S/ 0/
  Work State:   PA    M/ 0/
  Res State:    PA    M/ 0/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 9.57 | 78.70 | 753.00 | 5841.86 |
| Sick |  |  |  | 133.96 |
| Holiday |  |  |  | 153.08 |

Other Earnings
Total Hours Worked    78.70

| | | | Current | YTD |
|---|---|---|---|---|
| Total |  |  | 753.00 | 6128.90 |
| Federal Wages |  |  | 593.26 | 4850.98 |

| Tax Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Income Tax | 57.79 | 478.03 |
| FICA / SS | 36.78 | 300.76 |
| FICA / Med | 8.60 | 70.34 |
| State Tax PA | 18.21 | 148.91 |
| State Unempl EE PA | 0.52 | 4.26 |
| W/H Hellertown Boro | 7.42 | 60.64 |
| LS Tax Hellertown Boro | 2.00 | 16.00 |
| Total Tax Deductions | 131.32 | 1078.94 |

Message(s):
CA employees may cash checks at any JPMorgan branch
Visit myHR online to view your available paid sick leave
or paid time off provided in lieu of sick leave
Colleague Appreciation Event Fri-4/21 through Sun 4/23.
Receive 30% Discount - See Manager for details.

| Before Tax Ded | Current | YTD |
|---|---|---|
| HSA | 5.00 | 40.00 |
| Medical | 125.58 | 1004.64 |
| Dental | 29.16 | 233.28 |
| Tot Before Tx Ded | 159.74 | 1277.92 |

**After Tax Deductions**

| | Current | YTD |
|---|---|---|
| Tot After Tx Ded | 0.00 | 0.00 |
| Net Pay (Deposit) | 461.94 | |

©1998, 2006. ADP, LLC All Rights Reserved.
© 2002 Automatic Data Processing (PCSUV01)
TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CVS CAREMARK**

Pennsylvania CVS Pharmacy, L.L
DBA-CVS

Advice Number:  03177874
Advice Date:    04/14/2017

Deposited to the account of
Kathy Hough

Account Number

Amount
461.94

THIS IS NOT A CHECK
VOID

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**CVS CAREMARK**

Pennsylvania CVS Pharmacy,
000000 STR 02115
Return to: CVS - 8886947287  036675-036675
7201 Hewitt Associates Drive
Charlotte NC, 28262

**Earnings Statement**

| | |
|---|---|
| Page 001 of 001 | |
| Period Beginning: | 01/29/2017 |
| Period Ending: | 02/11/2017 |
| Advice Date: | 02/17/2017 |
| Advice Number: | 02020216 |
| Batch Number: | 000000T07 |

Kathy Hough
1679 Pleasantview Rd
Bethlehem, PA  18015

Employee ID:
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:        S/ 0/
  Work State: PA  M/ 0/
  Res State:  PA  M/ 0/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 9.57 | 79.62 | 761.81 | 2857.97 |
| Sick | | | | 133.96 |
| Holiday | | | | 153.08 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| HSA | 5.00 | 20.00 |
| Medical | 125.58 | 502.32 |
| Dental | 29.16 | 116.64 |

Other Earnings
Total Hours Worked    79.62

| | | | |
|---|---|---|---|
| Total | | 761.81 | 3145.01 |
| Federal Wages | | 602.07 | 2506.05 |

| Tot Before Tx Ded | 159.74 | 638.96 |
|---|---|---|

**After Tax Deductions**

**Tax Deductions**

| | Current | YTD |
|---|---|---|
| Federal Income Tax | 59.11 | 251.10 |
| FICA / SS | 37.33 | 155.38 |
| FICA / Med | 8.73 | 36.34 |
| State Tax PA | 18.48 | 76.93 |
| State Unempl EE PA | 0.53 | 2.19 |
| W/H Hellertown Boro | 7.53 | 31.33 |
| LS Tax Hellertown Boro | 2.00 | 8.00 |

| Tot After Tx Ded | 0.00 | 0.00 |
|---|---|---|

| Total Tax Deductions | 133.71 | 561.27 |
|---|---|---|

| Net Pay (Deposit) | 468.36 | |
|---|---|---|

**Message(s):**
CA employees may cash checks at any JPMorgan branch
Visit myHR online to view your available paid sick leave
or paid time off provided in lieu of sick leave

---

**CVS CAREMARK**    Pennsylvania CVS Pharmacy, L.L
DBA-CVS

Advice Number: 02020216
Advice Date:   02/17/2017

**THIS IS NOT A CHECK**

Deposited to the account of          Account Number                Amount
Kathy Hough                                                        468.36

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**CVS CAREMARK**

Pennsylvania CVS Pharmacy, L.L
000000 STR 02115
Return to: CVS - 8886947287  037162-037162
PO Box 64059
The Woodlands, TX 77387-4059

## Earnings Statement

Page 001 of 001
Period Beginning: 02/12/2017
Period Ending: 02/25/2017
Advice Date: 03/03/2017
Advice Number: 02292807
Batch Number: 000000T09

Kathy Hough
1679 Pleasantview Rd
Bethlehem, PA  18015

Employee ID:
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:         S/ 0/
  Work State: PA   M/ 0/
  Res State:  PA   M/ 0/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 9.57 | 78.02 | 746.50 | 3604.47 |
| Sick |  |  |  | 133.96 |
| Holiday |  |  |  | 153.08 |
| Other Earnings |  |  |  |  |
| Total Hours Worked |  | 78.02 |  |  |
| Total |  |  | 746.50 | 3891.51 |
| Federal Wages |  |  | 586.76 | 3092.81 |

### Tax Deductions

| | Current | Year-To-Date |
|---|---|---|
| Federal Income Tax | 56.81 | 307.91 |
| FICA / SS | 36.37 | 191.75 |
| FICA / Med | 8.51 | 44.85 |
| State Tax PA | 18.01 | 94.94 |
| State Unempl EE PA | 0.52 | 2.71 |
| W/H Hellertown Boro | 7.33 | 38.66 |
| LS Tax Hellertown Boro | 2.00 | 10.00 |
| Total Tax Deductions | 129.55 | 690.82 |

**Message(s):**
CA employees may cash checks at any JPMorgan branch
Visit myHR online to view your available paid sick leave
or paid time off provided in lieu of sick leave

| Before Tax Ded | Current | YTD |
|---|---|---|
| HSA | 5.00 | 25.00 |
| Medical | 125.58 | 627.90 |
| Dental | 29.16 | 145.80 |
| Tot Before Tx Ded | 159.74 | 798.70 |

**After Tax Deductions**

| | | |
|---|---|---|
| Tot After Tx Ded | 0.00 | 0.00 |
| Net Pay (Deposit) | 457.21 | |

© 2002 Automatic Data Processing (PCSUVO)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CVS CAREMARK**

Pennsylvania CVS Pharmacy, L.L
DBA-CVS

Advice Number: 02292807
Advice Date: 03/03/2017

Deposited to the account of
Kathy Hough

Account Number

Amount
457.21

**THIS IS NOT A CHECK**

**CVS CAREMARK**

Pennsylvania CVS Pharmacy, L.L
000000 STR 02115
Return to: CVS - 8886947287    036904-036904
PO Box 64059
The Woodlands, TX 77387-4059

**Earnings Statement**

Page 001 of 001
Period Beginning:   02/26/2017
Period Ending:      03/11/2017
Advice Date:        03/17/2017
Advice Number:      02625544
Batch Number:       000000T11

Employee ID:
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:          S/ 0/
  Work State:  PA   M/ 0/
  Res State:   PA   M/ 0/

Kathy Hough
1679 Pleasantview Rd
Bethlehem, PA  18015

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 9.57 | 76.45 | 731.48 | 4335.95 |
| Sick | | | | 133.96 |
| Holiday | | | | 153.08 |

| Before Tax Ded | Current | YTD |
|---|---|---|
| HSA | 5.00 | 30.00 |
| Medical | 125.58 | 753.48 |
| Dental | 29.16 | 174.96 |

| | | | | |
|---|---|---|---|---|
| Other Earnings | | | | |
| Total Hours Worked | | 76.45 | | |
| Total | | | 731.48 | 4622.99 |
| Federal Wages | | | 571.74 | 3664.55 |

| Tot Before Tx Ded | 159.74 | 958.44 |
|---|---|---|

**Tax Deductions**

| | Current | YTD |
|---|---|---|
| Federal Income Tax | 54.56 | 362.47 |
| FICA / SS | 35.45 | 227.20 |
| FICA / Med | 8.29 | 53.14 |
| State Tax PA | 17.55 | 112.49 |
| State Unempl EE PA | 0.51 | 3.22 |
| W/H Hellertown Boro | 7.15 | 45.81 |
| LS Tax Hellertown Boro | 2.00 | 12.00 |

**After Tax Deductions**

| Total Tax Deductions | 125.51 | 816.33 |
|---|---|---|

| Tot After Tx Ded | 0.00 | 0.00 |
|---|---|---|

| Net Pay (Deposit) | 446.23 | |
|---|---|---|

**Message(s):**
CA employees may cash checks at any JPMorgan branch
Visit myHR online to view your available paid sick leave
or paid time off provided in lieu of sick leave

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CVS CAREMARK**

Pennsylvania CVS Pharmacy, L.L
DBA-CVS

Advice Number: 02625544
Advice Date:   03/17/2017

**THIS IS NOT A CHECK**

Deposited to the account of          Account Number                                Amount
  Kathy Hough                                                                       446.23

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



**Pennsylvania CVS Pharmacy, L.L**
000000 STR 02115
Return to: CVS - 8886947287  036665-036665
PO Box 64059
The Woodlands, TX 77387-4059

**Earnings Statement**

Page 001 of 001
Period Beginning: 03/12/2017
Period Ending: 03/25/2017
Advice Date: 03/31/2017
Advice Number: 02897766
Batch Number: 000000T13

Kathy Hough
1679 Pleasantview Rd
Bethlehem, PA  18015

Employee ID:
Tax Marital/Exemptions & Allowances/Addl Tax
  Federal:       S/ 0/
  Work State: PA  M/ 0/
  Res State:  PA  M/ 0/

| Earnings | Rate | Hours | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 9.57 | 78.69 | 752.91 | 5088.86 |
| Sick | | | | 133.96 |
| Holiday | | | | 153.08 |
| Other Earnings | | | | |
| Total Hours Worked | | 78.69 | | |
| **Total** | | | **752.91** | **5375.90** |
| Federal Wages | | | 593.17 | 4257.72 |

| Tax Deductions | Current | YTD |
|---|---|---|
| Federal Income Tax | 57.77 | 420.24 |
| FICA / SS | 36.78 | 263.98 |
| FICA / Med | 8.60 | 61.74 |
| State Tax PA | 18.21 | 130.70 |
| State Unempl EE PA | 0.52 | 3.74 |
| W/H Hellertown Boro | 7.41 | 53.22 |
| LS Tax Hellertown Boro | 2.00 | 14.00 |
| **Total Tax Deductions** | **131.29** | **947.62** |

**Message(s):**
CA employees may cash checks at any JPMorgan branch
Visit myHR online to view your available paid sick leave
or paid time off provided in lieu of sick leave

| Before Tax Ded | Current | YTD |
|---|---|---|
| HSA | 5.00 | 35.00 |
| Medical | 125.58 | 879.06 |
| Dental | 29.16 | 204.12 |
| Tot Before Tx Ded | 159.74 | 1118.18 |

**After Tax Deductions**

| | Current | YTD |
|---|---|---|
| Tot After Tx Ded | 0.00 | 0.00 |

Net Pay (Deposit)    461.88

---

© 2002 Automatic Data Processing (PCSUVO)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Pennsylvania CVS Pharmacy, L.L**
DBA-CVS

Advice Number: 02897766
Advice Date: 03/31/2017

**Deposited to the account of**        **Account Number**            **Amount**
Kathy Hough                                                          461.88

*THIS IS NOT A CHECK*

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.