# Standard Checking Statement
PNC Bank

For the period 03/31/2017 to 04/27/2017

KATHY J HOUGH
1679 PLEASANT VIEW RD
BETHLEHEM PA 18015-5834

PNC BANK, N.A.
ABA 031300012

MAY 0 3 2017

Primary account number:
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.
For customer service call 1-888-PNC-BANK
Monday - Friday:  7 AM - 10 PM ET
Saturday & Sunday:  8 AM - 5 PM ET

Para servicio en español, 1-866-HOLA-PNC

Moving?    Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Standard Checking Account Summary
Account number:                                                                                                KATHY J HOUGH

**Overdraft Protection**    Provided By:   XXXXXX

**Overdraft Coverage**    - Your account is currently   Opted-Out.
You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking, and select the "Overdraft Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft Protection settings.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 813.82 | 1,581.73 | 2,385.56 | 9.99 |
|  |  | Average monthly balance | Charges and fees |
|  |  | 594.87 | .00 |

## Transaction Summary

| Checks paid/ withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 8 | 18 | 3 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 5 Deposits and Other Additions totaling **$1,581.73**.

| Date | Amount | Description |
|---|---|---|
| 03/31 | 461.88 | Direct Deposit - Payroll CVS |
| 03/31 | 214.40 | Direct Deposit - Nebf.Pens Nebf.Pens |
| 04/03 | 143.51 | Direct Deposit - Deposit Benefit Payments XXXXXXXXXXXC |
| 04/14 | 461.94 | Direct Deposit - Payroll CVS |

Deposits and Other Additions continued on next page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KATHY J. HOUGH                                :    BANKRUPTCY NO. 17-12785
                                              :
      Debtor                                  :    Chapter 7


## STATEMENT IN ADDITION TO EMPLOYEE INCOME RECORDS

The above-captioned Debtor, Kathy J. Hough, in addition to receiving pay advices, receives monthly pension benefits of $143.51 and $214.40. Attached is a copy of a bank statement showing the direct deposits of these pension benefits.

    /s/ Stephen J. Palopoli III
Stephen J. Palopoli, III, Esquire
Attorney for Debtors
1125 S. Cedar Crest Blvd., Suite 205
Allentown, PA 18103
Attorney ID 53647