United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kathy J. Hough  
      Debtor

Case No. 17-12785-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Jun 14, 2017  
                   Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.  
db          +Kathy J. Hough,    1679 Pleasant View Road,    Bethlehem, PA 18015-5834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2017 01:01:59      Synchrony Bank,  
         c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                    TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:  
         DAVID ALAN EISENBERG    trustee@eisenbergpc.com,    deisenberg@ecf.epiqsystems.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company  
         bkgroup@kmllawgroup.com  
         STEPHEN J. PALOPOLI, III    on behalf of Debtor Kathy J. Hough s.palopoli@verizon.net,  
         betsylavelle@yahoo.com  
         THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company  
         tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                  TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kathy J. Hough aka Kathy Jean Hough<br>　　　　　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2<br>　　　　　　　　　　　　　　Movant<br>　　　　vs. | NO. 17-12785 REF<br><br>11 U.S.C. Section 362 |
| Kathy J. Hough aka Kathy Jean Hough<br>　　　　　　　　　　　　　　Debtor(s) | |
| David Alan Eisenberg Esq.<br>　　　　　　　　　　　　　　Trustee | |

**ORDER**

AND NOW, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 1679 Pleasant View Road , Bethlehem, PA 18015 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: June 13, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.